IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DONNA ADAMS**                                                                               **PLAINTIFF**

**v.**                                       **Case No. 4:15-cv-00468-KGB**

**ONE BANK & TRUST, N.A.**                                      **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 31). The Court notes that the parties filed a copy of their settlement agreement in the United States Bankruptcy Court for the Eastern District of Arkansas on March 7, 2017.  *See* Joint Motion for Approval of Compromise and Settlement Agreement with Notice of Opportunity to Object, *Wayne Adams et al. v. One Bank & Trust, N.A.*, No. 4:16-bk-14875 (Bankr. E.D. Ark. Mar. 7, 2017), ECF No. 42.

The stipulation of dismissal satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Therefore, all claims asserted by plaintiff Donna Adams against defendants One Bank & Trust, N.A. ("One Bank"), Jerry Pavlas, and James Schnoes are dismissed with prejudice, as are the counterclaims asserted by One Bank against Ms. Adams, with each party to bear its own costs and attorney's fees.

It is so ordered this the 20th day of April, 2017.

                                                               _____
                                                               Kristine G. Baker
                                                               United States District Judge